# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: HARRIS, DENA C. | § | Case No. 10-08554-3G7 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Gregory K. Crews, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $376,515.00
*(without deducting any secured claims)*

Assets Exempt: $103,990.00

Total Distribution to Claimants: $2,548.09

Claims Discharged
Without Payment: $58,965.58

Total Expenses of Administration: $1,250.13

3) Total gross receipts of $ 3,798.22 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $3,798.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $471,277.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,250.13 | 1,250.13 | 1,250.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,483.00 | 29,860.67 | 29,860.67 | 2,548.09 |
| **TOTAL DISBURSEMENTS** | $513,760.00 | $31,110.80 | $31,110.80 | $3,798.22 |

4) This case was originally filed under Chapter 7 on September 29, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012            By: /s/Gregory K. Crews
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 1,500.00 |
| TAX REFUNDS-U | 1224-000 | 2,298.00 |
| Interest Income | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | $3,798.22 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC HOME LOANS | 4110-000 | 21,776.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC HOME LOANS | 4110-000 | 317,078.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 4110-000 | 40,957.00 | N/A | N/A | 0.00 |
| NOTFILED | DICK-O'NEAL INC. | 4110-000 | 11,952.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC HOME LOANS | 4110-000 | 79,514.00 | N/A | N/A | 0.00 |
| NOTFILED | David J. Stern, P.A. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $471,277.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory K. Crews | 2100-000 | N/A | 949.56 | 949.56 | 949.56 |
| Gregory K. Crews | 2200-000 | N/A | 142.17 | 142.17 | 142.17 |
| International Sureties, LTD | 2300-000 | N/A | 1.91 | 1.91 | 1.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.49 | 6.49 | 6.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,250.13 | $1,250.13 | $1,250.13 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 1,030.00 | 648.95 | 648.95 | 55.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,094.19 | 2,094.19 | 178.70 |
| 3 | Dell Financial Services L.L.C. | 7100-000 | 4,000.00 | 3,168.03 | 3,168.03 | 270.34 |
| 4 | OPHRYS, LLC | 7100-000 | 850.00 | 935.58 | 935.58 | 79.84 |
| 5 | Dyck-ONeal, Inc. | 7100-000 | N/A | 12,426.29 | 12,426.29 | 1,060.37 |
| 6 | GE Money Bank | 7100-000 | 450.00 | 493.65 | 493.65 | 42.12 |
| 7 | Citicorp Trust Bank | 7100-000 | 4,500.00 | 4,381.61 | 4,381.61 | 373.89 |
| 8 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 262.19 | 262.19 | 22.37 |
| 9 | Household Finance Corporation III | 7100-000 | N/A | 5,450.18 | 5,450.18 | 465.08 |
| NOTFILED | BARCLAY'S BANK DE | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIFINANCIAL | 7100-000 | 3,100.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/LOWES | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | WF FINANCIAL CARD | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BEST BUY | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/METRO STYLE | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/NEWPORT NEWS | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | WFCB/HSN | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | THE HOME DEPOT/CBSD | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO CARD | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | HOUSEHOLD FINANCE | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | FINANCIAL ACCOMONATIO | 7100-000 | 901.00 | N/A | N/A | 0.00 |
| NOTFILED | FROST-ARNETT COLLECT | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,483.00 | $29,860.67 | $29,860.67 | $2,548.09 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 10-08554-3G7 |
| Case Name: | HARRIS, DENA C. |
| Period Ending: | 10/02/12 |

| | |
|---|---|
| Trustee: | (290900)   Gregory K. Crews |
| Filed (f) or Converted (c): | 09/29/10 (f) |
| §341(a) Meeting Date: | 11/12/10 |
| Claims Bar Date: | 03/02/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY 2304 Forest Hill Rd., Jax., FL | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL PROPERTY 11642 Springboard Dr., Jax., FL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL PROPERTY 5714 Balafonte Dr., Jax., FL | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 885.00 | 0.00 | DA | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | FURS AND JEWELRY | 20.00 | 0.00 | DA | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES 2003 Chrysler 300 | 2,500.00 | 0.00 | | 1,500.00 | FA |
| 12 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES desk, chair, computer | 160.00 | 0.00 | DA | 0.00 | FA |
| 13 | TAX REFUNDS-U  (u) 2010 Federal Income Tax Refund | 0.00 | 2,298.00 | | 2,298.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.22 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$379,015.00** | **$2,298.00** | | **$3,798.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR prepared 2/6/12.

Notice mailed to creditors 2/24/12.

Disbursment order to court 03/29/12

Checks mailed 4/30/12.

Final Acct. to ust atl 10/2/12.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-08554-3G7 | | | Trustee: | (290900) | Gregory K. Crews |
|---|---|---|---|---|---|---|
| Case Name: | HARRIS, DENA C. | | | Filed (f) or Converted (c): | 09/29/10 (f) | |
| | | | | §341(a) Meeting Date: | 11/12/10 | |
| Period Ending: 10/02/12 | | | | Claims Bar Date: | 03/02/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    June 15, 2012          **Current Projected Date Of Final Report (TFR):**        February 6, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-08554-3G7 | |
| Case Name: | HARRIS, DENA C. | |
| | | |
| Taxpayer ID #: | **-***3434 | |
| Period Ending: | 10/02/12 | |

| | |
|---|---|
| Trustee: | Gregory K. Crews (290900) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******84-65 - Checking Account |
| Blanket Bond: | $33,900,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/21/11 | {11} | Dena Harris | Acct #1; Payment #1 | | 1129-000 | 125.00 | | 125.00 |
| 02/17/11 | {11} | Dena Harris | Acct #1; Payment #2 | | 1129-000 | 125.00 | | 250.00 |
| 03/07/11 | | Dena Harris | | | | | 3,084.00 | 3,334.00 |
| | {13} | | | 2,298.00 | 1224-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #3 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #4 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #5 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #6 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #7 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #8 | 125.00 | 1129-000 | | | 3,334.00 |
| | {11} | | Acct #1; Payment #9 | 36.00 | 1129-000 | | | 3,334.00 |
| 03/10/11 | 1001 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2011 FOR CASE #10-08554-3G7 | | 2300-000 | | 1.91 | 3,332.09 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,332.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,332.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,332.15 |
| 06/06/11 | {11} | Dena C. Harris | Acct #1; Payment #9 | | 1129-000 | 50.00 | | 3,382.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,382.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,382.19 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 6.49 | 3,375.70 |
| 08/19/11 | | Dena Harris | Acct #1; Payment #10, 9 | | | 50.00 | | 3,425.70 |
| | {11} | | Acct #1; Payment #10 | 11.00 | 1129-000 | | | 3,425.70 |
| | {11} | | Acct #1; Payment #9 | 39.00 | 1129-000 | | | 3,425.70 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,425.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,400.72 |
| 09/20/11 | {11} | Dena Harris | Acct #1; Payment #10 | | 1129-000 | 50.00 | | 3,450.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,450.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,425.74 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,425.76 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,400.76 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,400.78 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,375.78 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.02 | | 3,375.80 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,350.80 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.01 | | 3,350.81 |
| 01/18/12 | | Dena Harris | Acct #1; Payment #10, 11 | | | 157.00 | | 3,507.81 |

Subtotals :    $3,641.21    $133.40

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-08554-3G7 | |
| **Case Name:** | HARRIS, DENA C. | |
| | | |
| **Taxpayer ID #:** | **-***3434 | |
| **Period Ending:** | 10/02/12 | |

| | |
|---|---|
| **Trustee:** | Gregory K. Crews (290900) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******84-65 - Checking Account |
| **Blanket Bond:** | $33,900,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {11} | | Acct #1; Payment #10            64.00 | 1129-000 | | | 3,507.81 |
| | {11} | | Acct #1; Payment #11            93.00 | 1129-000 | | | 3,507.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,507.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,482.82 |
| 02/01/12 | | Dena Harris | Acct #1; Payment #11, 12 tpp | | 157.00 | | 3,639.82 |
| | {11} | | Acct #1; Payment #11            32.00 | 1129-000 | | | 3,639.82 |
| | {11} | | Acct #1; Payment #12          125.00 | 1129-000 | | | 3,639.82 |
| 03/29/12 | 1002 | Gregory K. Crews | Dividend paid 100.00% on $142.17, Trustee<br>Expenses;  Reference: | 2200-000 | | 142.17 | 3,497.65 |
| 03/29/12 | 1003 | Gregory K. Crews | Dividend paid 100.00% on $949.56, Trustee<br>Compensation;  Reference: | 2100-000 | | 949.56 | 2,548.09 |
| 03/29/12 | 1004 | Chase Bank USA, N.A. | Dividend paid  8.53% on $648.95; Claim# 1;<br>Filed: $648.95; Reference: | 7100-000 | | 55.38 | 2,492.71 |
| 03/29/12 | 1005 | PYOD LLC its successors and<br>assigns as assignee of | Dividend paid  8.53% on $2,094.19; Claim# 2;<br>Filed: $2,094.19; Reference: | 7100-000 | | 178.70 | 2,314.01 |
| 03/29/12 | 1006 | Dell Financial Services L.L.C. | Dividend paid  8.53% on $3,168.03; Claim# 3;<br>Filed: $3,168.03; Reference: | 7100-000 | | 270.34 | 2,043.67 |
| 03/29/12 | 1007 | OPHRYS, LLC | Dividend paid  8.53% on $935.58; Claim# 4;<br>Filed: $935.58; Reference: | 7100-000 | | 79.84 | 1,963.83 |
| 03/29/12 | 1008 | Dyck-ONeal, Inc. | Dividend paid  8.53% on $12,426.29; Claim#<br>5; Filed: $12,426.29; Reference: | 7100-000 | | 1,060.37 | 903.46 |
| 03/29/12 | 1009 | GE Money Bank | Dividend paid  8.53% on $493.65; Claim# 6;<br>Filed: $493.65; Reference: | 7100-000 | | 42.12 | 861.34 |
| 03/29/12 | 1010 | Citicorp Trust Bank | Dividend paid  8.53% on $4,381.61; Claim# 7;<br>Filed: $4,381.61; Reference: | 7100-000 | | 373.89 | 487.45 |
| 03/29/12 | 1011 | HSBC Bank Nevada, N.A. | Dividend paid  8.53% on $262.19; Claim# 8;<br>Filed: $262.19; Reference: | 7100-000 | | 22.37 | 465.08 |
| 03/29/12 | 1012 | Household Finance Corporation III | Dividend paid  8.53% on $5,450.18; Claim# 9;<br>Filed: $5,450.18; Reference: | 7100-000 | | 465.08 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,798.22 | 3,798.22 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,798.22 | 3,798.22 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $3,798.22 | $3,798.22 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-08554-3G7 | |
| **Case Name:** | HARRIS, DENA C. | |
| | | |
| **Taxpayer ID #:** | **-***3434 | |
| **Period Ending:** | 10/02/12 | |

| | |
|---|---|
| **Trustee:** | Gregory K. Crews (290900) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******84-65 - Checking Account |
| **Blanket Bond:** | $33,900,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 3,798.22 | | |
| | | Net Estate : | | | $3,798.22 | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******84-65** | 3,798.22 | 3,798.22 | 0.00 |
| | $3,798.22 | $3,798.22 | $0.00 |